J. STEPHEN STREET     1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:     (808) 754-1647
Facsimile No.:     (888) 334-6499
E-mail:     jsstreet@ip-law-hawaii.com

DANE ANDERSON     9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:     (808) 285-4760
E-mail:     dane@andersonlawhawaii.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VINCENT KHOURY TYLOR, | ) | CIVIL NO. <u>17-00290 HG-KJM</u> |
| | ) | (Copyright Infringement) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HAWAIIAN SPRINGS, LLC, a | ) | |
| Delaware Limited Liability Company; | ) | |
| JOHN DOES 1-10; JANE DOES 1-10; | ) | |
| DOE CORPORATIONS 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; and DOE | ) | |
| ASSOCIATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that two (2) true and correct copies of the

PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

HAWAIIAN SPRINGS, LLC, pursuant to Federal Rule of Civil Procedure 36, was

served on the following on the date and via the means noted below:

**Served by Hand Delivery:**

Brett R. Tobin, Esq.
Goodsill Anderson Quinn & Stifel LLP
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant HAWAIIAN SPRINGS, LLC

DATED:  Honolulu, Hawaii, December 11, 2018.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff