J. STEPHEN STREET            1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

DANE ANDERSON            9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:    dane@andersonlawhawaii.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HAWAIIAN SPRINGS, LLC, a Delaware Limited Liability Company; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>　　　　　　　　　Defendants.<br>_____ | CIVIL NO. <u>17-00290 HG-KJM</u><br>(Copyright Infringement)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS; ORDER<br><br><br><br><br><br>Non-Jury Trial: September 24, 2019<br>Hon. Judge Helen Gillmor |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS; ORDER</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff VINCENT KHOURY TYLOR ("Plaintiff") and Defendant HAWAIIAN SPRINGS, LLC, a Delaware Limited Liability Company ("Defendant"), being all of the parties who have appeared in this action, hereby stipulate, through their respective attorneys, to a dismissal with prejudice as to all claims against all parties alleged in the Complaint (Dkt. #1) filed in this action on June 16, 2017, and in the First Amended Complaint (Dkt. #10) filed in this action on July 20, 2017, because the case settled.  Each party shall bear his/its own attorneys' fees and costs.  This Stipulation is signed by counsel for Plaintiff and Defendant, being all the parties who have appeared in this action.

DATED:     Honolulu, Hawai`i, July 26, 2019.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR

DATED:     Honolulu, Hawai`i, July 27, 2019.

/s/ Summer H. Kaiawe
SETH M. REISS
SUMMER H. KAIAWE
WATANABE ING LLP
Attorneys for Defendant HAWAIIAN SPRINGS, LLC,
a Delaware Limited Liability Company

APPROVED AS TO FORM; SO ORDERED.

DATED:   Honolulu, Hawaii, July 29, 2019.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

_____
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS; ORDER; *Tylor v. HAWAIIAN SPRINGS, LLC et al.*; CV17-00290 HG-KJM

3